# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| TINA P.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:23-cv-00180-GJL |

___　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT this matter be **REVERSED** and **REMANDED**

pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

**JUDGMENT** is for Plaintiff and the case is closed.

　　Dated September 5, 2023.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　_/s/ Kelly A. M._
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk